NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIGIFLIGHT, INC.,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2024-1051

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00348-DAT, Judge David A. Tapp.

---

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                            DIGIFLIGHT, INC. V. US

(2)  Each side shall bear their own costs.

                                        FOR THE COURT

November 1, 2023
        Date                            /s/ Jarrett B. Perlow
                                        Jarrett B. Perlow
                                        Clerk of Court

**ISSUED AS A MANDATE:** November 1, 2023